No. 10-7877. Lorenzo J. Nichols, Petitioner v. Brian Coleman, Superintendent, State Correctional Institution at Fayette, et al.

562 U.S. 1205, 131 S. Ct. 1054, 178 L. Ed. 2d 873, 2011 U.S. LEXIS 935.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-7878. Timothy Nicholls, Petitioner v. Colorado.

562 U.S. 1205, 131 S. Ct. 1054, 178 L. Ed. 2d 873, 2011 U.S. LEXIS 968.

January 24, 2011. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

No. 10-7907. Willie J. Asbury, Petitioner v. South Carolina Department of Corrections.

562 U.S. 1205, 131 S. Ct. 1062, 178 L. Ed. 2d 873, 2011 U.S. LEXIS 945.

January 24, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

No. 10-7911. Brent Adler, Petitioner v. Fernando Gonzalez, Acting Warden.

562 U.S. 1205, 131 S. Ct. 1055, 178 L. Ed. 2d 873, 2011 U.S. LEXIS 1004.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-7927. Kenneth Brown, Petitioner v. Donald Gaetz, Warden.

562 U.S. 1205, 131 S. Ct. 1055, 178 L. Ed. 2d 873, 2011 U.S. LEXIS 1007,

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-7937. Billy Ray McLaughlin, Petitioner v. West Virginia.

562 U.S. 1205, 131 S. Ct. 1056, 178 L. Ed. 2d 873, 2011 U.S. LEXIS 1015.

January 24, 2011. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

Same case below, 226 W. Va. 229, 700 S.E.2d 289.

No. 10-7977. James R. Slater, Petitioner v. Pennsylvania.

562 U.S. 1205, 131 S. Ct. 1056, 178 L. Ed. 2d 873, 2011 U.S. LEXIS 978.

January 24, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Pittsburgh Office, denied.

Same case below, 996 A.2d 15.

No. 10-7981. Jerry L. Harris, Petitioner v. Scott Frakes, Superintendent, Monroe Correctional Complex.

562 U.S. 1205, 131 S. Ct. 1056, 178 L. Ed. 2d 873, 2011 U.S. LEXIS 1005.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 395 Fed. Appx. 390.